UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHARKNINJA OPERATING LLC, and DOES 1 to 100 INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:22-cv-01452-MCE-DB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER** |

Having considered the Joint Motion, and finding good cause to grant a continuance, the Court hereby grants the Joint Motion to continue the discovery deadlines in the Scheduling Order as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Discovery Cutoff | November 29, 2023 | January 31, 2024 |
| Designation of Expert Witnesses | January 26, 2024 | March 1, 2024 |

ORDER

| | | |
|---|---|---|
| Supplemental Designation of Expert Witnesses | February 28, 2024 | April 1, 2024 |
| Dispositive Motion Deadline | May 26, 2024 | No Change |

IT IS SO ORDERED.

Dated: October 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE