Scott D. Kaiser, SBN 332399
skaiser@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550 | Fax: 816-421-5547

Ryan J. Williams, SBN 228925
rjwilliams@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Tel: 949-475-1500 | Fax: 949-475-0016

Attorneys for Defendant
SHARKNINJA OPERATING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHARKNINJA OPERATING LLC, and DOES 1 to 100 INCLUSIVE,<br><br>    Defendants. | Case No. 2:22-cv-01452-MCE-DB<br><br>**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER** |

Plaintiff Jason Johnson and Defendant SharkNinja Operating LLC ("SharkNinja") (jointly "Parties") hereby file their Stipulation to amend the Scheduling Order to continue the Dispositive Motion Deadline from August 30, 2024 to September 26, 2024.

**A.   The Nature of the Case and the Claims.**

On September 12, 2020, Plaintiff was using a SharkNinja pressure cooker. Plaintiff alleges that the pressure cooker's lid unexpectedly and suddenly blew off the pot in an explosive manner. Plaintiff further alleges that the contents of the pressure cooker were forcefully ejected out of the pot and onto Plaintiff, causing severe, disfiguring burns to his arms, chest and stomach.

Plaintiff asserts claims for Strict Products Liability and Negligence. Plaintiff is seeking damages for: (1) past medical expenses; (2) past and future physical pain and suffering; (3) past and future mental pain and suffering; (4) lost wages; (5) loss of full enjoyment permanent injuries; (6) physical impairment; (7) loss of enjoyment of life; and (8) punitive damages.

### B.  Requested Changes to the Amended Scheduling Order

The Parties request the following changes to the Amended Scheduling Order.

| Event | Current Date | Requested Date |
|---|---|---|
| Dispositive Motion Deadline | August 30, 2024 | September 26, 2024 |

### C.  Good Cause for the Requested Changes

The Parties jointly bring this Motion for their third request for continuance. [Declaration of Ryan J. Williams, ¶2.] This request is for a short 27-day extension to allow the Parties additional time to prepare any respective dispositive motions.

Under Fed. R. Civ. P 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16, advisory committee's notes to 1983 amendment. Therefore, "a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court." *Merck v. Swift Transportation Co.*, No. CV-16-01103-PHX-ROS, 2018 WL 4492362, at *2 (D. Ariz. Sept. 19, 2018).

1  Good cause exists for a short continuance of the Scheduling Order. The Parties
2  have been diligent, have worked cooperatively, and have completed all discovery.
3  [Declaration of Ryan J. Williams, ¶3.] Additionally, the Parties have designated
4  experts and exchanged reports. The current deadline is August 30, 2024. However, the
5  Court is only available on August 22, 2024. SharkNinja's potential dispositive
6  motions deal with complex issues and address issues in both initial and supplemental
7  reports, the last being served on June 16, 2024. The Parties met and conferred to
8  discuss the need for the short continuance and Plaintiff's counsel agreed to move the
9  deadline to September 26, 2024. [Id.]

Respectfully Submitted

DATED: July 17, 2024

GUENARD & BOZARTH, LLP

By: */s/ Ross Bozarth*
Ross Bozarth
Attorneys for Plaintiff
Jason Johnson

DATED: July 17, 2024          FRIEDMAN | RUBIN ®

By: */s/ Roger S. Davidheiser*
Roger S. Davidheiser
Attorneys for Plaintiff
Jason Johnson

DATED: July 17, 2024          SHOOK, HARDY & BACON L.L.P.

By: */s/ Ryan J. Williams*
Scott D. Kaiser
Ryan J. Williams
Attorneys for Defendant
SharkNinja Operating LLC

3
STIPULATION TO AMEND THE SCHEDULING ORDER

## **DECLARATION OF RYAN J. WILLIAMS**

I, Ryan J. Williams, hereby declare:

1. The following statements are within my personal knowledge and, if sworn as a witness, I would and could testify competently thereto. I am an attorney at law duly admitted to practice before all the courts of the State of California. I am an attorney with the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendant SharkNinja Operating LLC ("SharkNinja" or "Defendant") in the above-entitled action.

2. The Parties have agreed to bring jointly bring this Motion for a Continuance. The Parties have previously requested to amend the Scheduling Order two times. The Parties are requesting a short continuance to conduct a private mediation prior to filing dispositive motions.

3. Good cause exists for a short continuance of all of the Scheduling Order. The Parties have completed discovery and exchanged expert reports. Given the Court's availability, the current deadline of August 30, 2024 is actually August 22, 2024. SharkNinja's potential dispositive motions deal with complex issues and address issues in both initial and supplemental reports. The last being served on June 16, 2024. The parties met and conferred to discuss the need for the short continuance and Plaintiff's counsel agreed to move the deadline to September 26, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of July, 2024, at Irvine, California.

                                                      */s/ Ryan J. Williams*

**ORDER**

The parties' stipulated request to extend time is GRANTED. the Dispositive Motion Deadline is hereby extended from August 30, 2024 to September 26, 2024.

IT IS SO ORDERED.

Dated: July 30, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE